

July 19, 2021

<u>VIA ECF</u>

Hon. Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 7/21/2021
>
> The parties are directed to file a joint letter updating me on the progress of their settlement discussions by September 2, 2021.

Re:  *Medina v. NYC Harlem Foods Inc et al.*
     <u>Civil Action No. 21-CV-1321 (VSB)</u>

Dear Judge Broderick,

Please be advised that this firm represents the Plaintiff Marisol Medina, on behalf of herself and all others similarly situated, in the above-referenced matter.

The parties participated in a mediation session on July 9, 2021, with an experienced mediator as part of the FLSA mediation program – in preparation thereof, the parties exchanged voluminous records and have met and conferred several times in order to clarify the issues and discuss potential settlement. While the parties did not reach a settlement during the mediation session, the parties wish to continue the mediation process and are hopeful with respect to the progress made. The parties have already scheduled August 31, 2021 to continue the mediation.

The parties, therefore, jointly request a stay of the scheduled deadlines in this matter in order to prevent unnecessary expenses by the parties while they pursue mediation. Rather, the parties would use the time between now and the mediation to further produce and review pertinent records, formulate demands and potential offers, and prepare for the mediation itself. We believe this is in the interest of all parties, and is in the interest of judicial economy if the parties are able to reach a settlement as a result of this mediation.

The parties thank Your Honor for considering the parties' request and for the Court's attention to this matter.

Respectfully submitted,

James Bouklas, Esq.

cc:   All Counsel via ECF

357 Veterans Memorial Highway
Commack, New York 11725
Phone: 516.742.4949
Fax: 516.742.1977
www.wagetheftny.com

James Bouklas, Esq., Partner
james@bglawny.com

Mark Gaylord, Esq., Partner
mark@bglawny.com