**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARISOL MEDINA, individually and on behalf of all others similarly situated, | Civil Action No.: 21-CV-1321 |
| Plaintiff, | |
| v. | |
| NYC HARLEM FOODS INC, BRONX 163 FOODS INC., BRONX MARKET FOODS INC, NYC 143 FOODS INC, NYC 96 FOODS INC, NYC 89 FOODS INC, NYC PARK FOODS INC, NYC 125 FOODS INC, NYC 159 FOODS INC, NYC 155 FOODS INC, SUNNYSIDE BK QSR INC, NYC 116 BK QSR INC, NYC 116 FOODS INC, NYC 121 FOODS INC, NYC 114 FOODS INC, BRONX PROSPECT FOODS INC., NYC 145 FOODS INC., NYC LENOX FOODS INC., NYC 178 FOODS INC., BRONX 138 FOODS INC., RV EASTCHESTER FOODS INC., NYC 148 FOODS INC., NYC LEXINGTON FOODS INC., NYC 161 FOODS INC., BRONX 170 FOODS INC., ANDHRA FOODS INC., SOMYA FOODS, INC., RVN FOODS INC., and SRINIVASA RAO TUMMALAPENTA, individually, | |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned will this Court before United District Court Judge Vernon S. Broderick, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, on a return date set by the Court, for preliminary approval of the proposed settlement, certification of the settlement class, appointment of Plaintiffs' Counsel as class counsel, and approval of Plaintiff's notice of proposed settlement of class action lawsuit, together with such other and further relief as the Court deems necessary and proper.

[1]

Dated: April 24, 2023
      Commack, New York

                                            James Bouklas, Esq.
                                            *Attorneys for Plaintiffs*
                                            357 Veterans Memorial Highway
                                            Commack, New York 11725
                                            Phone: (516) 742-4949
                                            mark@bglawny.com