UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISOL MEDINA, individually and on behalf of all
others similarly situated,

Plaintiff,

v.

NYC HARLEM FOODS INC, BRONX 163 FOODS INC.,
BRONX MARKET FOODS INC, NYC 143 FOODS INC,
NYC 96 FOODS INC, NYC 89 FOODS INC.,
NYC PARK FOODS INC, NYC 125 FOODS INC,
NYC 159 FOODS INC, NYC 155 FOODS INC,
SUNNYSIDE BK QSR INC, NYC 116 BK QSR INC,
NYC 116 FOODS INC, NYC 121 FOODS INC,
NYC 114 FOODS INC, BRONX PROSPECT FOODS INC.,
NYC 145 FOODS INC., NYC LENOX FOODS INC.,
NYC 178 FOODS INC., BRONX 138 FOODS INC.,
RV EASTCHESTER FOODS INC., NYC 148 FOODS INC.,
NYC LEXINGTON FOODS INC., NYC 161 FOODS INC.,
BRONX 170 FOODS INC., ANDHRA FOODS INC.,
SOMYA FOODS, INC., RVN FOODS INC., and
SRINIVASA RAO TUMMALAPENTA, individually,

Defendants.

Civil Action No.:
21-CV-1321

**DECLARATION OF SETTLEMENT
CLAIMS ADMINISTRATOR
MARTOM SOLUTIONS LLC**

I, TOMASZ KULAK, declare the following facts to be true and correct and if called as a

witness would testify competently to the same.

1.      I am employed as the Chief Executive Officer of MARTOM SOLUTIONS LLC

("MSLLC") the claims administrator in the above-entitled action. My business address is 5 Union

Square West #1033, New York NY 10003. I am over 21 years of age and authorized to make this

declaration on behalf of MSLLC and myself.

2.      MSLLC is a class action settlement administration company headquartered in

Brooklyn, New York. It was founded by individuals who have experience in third-party claims

administration, mail-house operations, class member support management and extensive practice in

employment tax calculations and reporting.

1

3.    MSLLC was jointly selected by the parties as Settlement Administrator to administer the settlement in accordance with the terms of the Class Action Settlement Agreement and Release entered into by the parties in April 2023 (the "Settlement"). MSLLC has been responsible among other things, for:

(i)     preparing, printing, and disseminating to Class Members the Notice and Claim Forms, including sending by email, as well as resending any Notice and Claim Form returned with a new forwarding mailing address;

(ii)    copying counsel for all Parties on material correspondence;

(iii)   preparing copies of the Notice and Claim Form translated in Bengali and arranging for phone support in Bengali;

(iv)   promptly furnishing to counsel for the Parties copies of any requests for exclusion, objections, or other written or electronic communications from Class Members that the Settlement Claims Administrator receives;

(v)    receiving, retaining, and reviewing Claim Forms submitted by Class Members;

(vi)   keeping track of opt-out/exclusion requests and objections, including maintaining the original mailing envelopes in which same were mailed;

(vii)  preparing and mailing: (1) Class Counsel's attorneys' fees, expenses, and costs, (2) service payments, and (3) Settlement Checks in accordance with this Agreement and any order of the Court;

(viii) within five days of receipt, ascertaining current address and addressee information for each Notice and Claim Form returned as undeliverable and re-mailing of Notice and Claim Form to the current address;

(ix)   responding to inquiries of Class Members regarding procedures for filing objections, opt-out statements, and Claim Forms;

(x)    referring to Class Counsel all inquiries by Class Members regarding matters not within the Settlement Claims Administrator's duties specified herein;

(xi)    responding to inquiries of Class Counsel and Defense Counsel consistent with the Settlement Claims Administrator's duties specified herein;

(xii)    promptly apprising counsel for the Parties of the activities of the Settlement Claims Administrator;

(xiii)    maintaining adequate records of its activities, including the dates of the mailing of Notice(s) and mailing and receipt of Claim Forms(s), returned mail and other communications and attempted written or electronic communications with Class Members or Claimants;

(xiv)    confirming in writing, including through a report if necessary, to Class Counsel and Defense Counsel, its completion of the administration of the settlement;

(xv)    timely responding to communications from the Parties, their counsel, or OAG; and

(xvi)    providing all information, documents, and, if requested, calculations necessary to determine each Claimant's share or allocation of the Net Settlement Fund without disclosing the identities of the Claimants;

(xvii)    providing a weekly email during the time period between the mailing of the Notice until the Fairness Hearing that includes the total number of Claimants, opt-outs or exclusions, and objections;

(xviii)    throughout the period of claims administration, providing reports to the Parties upon request by either Party, regarding the status of the mailing of the Notices and Claims Forms to Class Members, the claims administration process, distribution of the Settlement Checks, or any other aspect of the claims administration process, subject to the terms of this Agreement;

(xix)  calculating and making all withholdings from the employees' settlement payments required pursuant to the employee's share of any federal, state, or local tax law or regulation, with respect to the wage payments;

(xx)  calculating the employer side Employment Taxes as set forth in Section 1.18, which shall be paid by the Defendants; and

(xxi)  such other tasks as the Parties mutually agree. In addition, no later than thirty (30) days after the Bar Date or at least fifteen (15) days prior to the Fairness Hearing, the Settlement Claims Administrator by email shall certify jointly to Class Counsel and Defense Counsel: (i) the number of Claimants who timely filed their Claim Form, (ii) a list of all Class Members who filed a timely objection, (iii) a list of all Class Members who requested to opt-out of the settlement at any time during the Opt-out Period, and (iv) the aggregate payments to all Claimants, plus Class Counsels' attorneys' fees, costs and expenses, Settlement Claims Administrator's fees and costs, Employment Taxes and Service Awards.

### NOTIFICATIONS TO THE CLASS

4.  On July 21, 2024, MSLLC received the Court-approved Notice and Claim Form (hereinafter, the "Notice Packet") from Class Counsel. The Notice Packet advised Class Members of their right to participate in the Settlement, opt-out from the Settlement, object to the Settlement, or do nothing and the implications of each such action. The Class Notice also advised Class Members of applicable deadlines and other events including the date and location of the Fairness Hearing, and how Class Members could obtain additional information.

5.  On or about June 10, 2024, Defendant's Counsel provided MSLLC with a list (hereinafter the "Class List") containing the name, the last known mailing addresses, partial Social Security Numbers for the Class Members, and the information needed to calculate the number of

weeks worked within the Class Period. The Class List contained addresses for 1,991 Class Members and email addresses for 1,924 Class Members.

6.    The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the United States Postal Service ("USPS"). The NCOA contains changes of address information filed with the USPS. In the event that any individual had filed a USPS change of address request, the address listed with the NCOA was utilized in connection with the mailing of the Notice Packet.

7.    On July 1, 2024, Notice Packets were mailed via First Class Mail to the one thousand nine hundred ninety-one (1,991) Class Members. The Notice Packet informed each Class Member of the deadline to submit a claim form, opt-out of, or object to the settlement. The Notice was customized for each Class Member to disclose the Class Member's individual settlement amount. The Notice Packets contained English and Bengali translations. A blank copy of a Substitute W-9 tax form was included with each Notice Packet (also in English and Bengali). A sample of the Notice Packet is attached hereto as Exhibit 1.

8.    If a Class Member's Notice Packet was returned without a forwarding address, MSLLC performed an advanced address search (i.e., skip trace) on all of these addresses by using SkipTracing.com, a reputable research tool. MSLLC used the Class Member's name, previous last known address to obtain a current address.

9.    Of the one thousand nine hundred ninety-one (1,991) Notice Packets distributed by USPS mail, 29 were returned as undeliverable. Through the advanced address searches, MSLLC was able to locate 29 updated addresses and MSLLC promptly re-mailed Notice Packets to the 29 Class Members.  None of the 29 re-mailed Notice Packets were returned the second time.

10.     Nine (9) Notice Packets were also returned with a forwarding addresses. All nine (9) Notice Packets were also mailed promptly to the provided forwarding addresses. None were returned the second time.

11.     On July 1, 2024, Notice Packets were also e-mailed to the one thousand nine hundred twenty-four (1,924) Class Members. Out of the one thousand nine hundred twenty-four e-mails sent out, 81 were returned as undeliverable.

12.     During the claim period, thirty-five (35) additional individuals were determined to properly be Class Members and all 35 received Notice Packets.

13.     The aforementioned is summarized as follows:

| | |
|---|---|
| Class Notice Mailing Date: | July 1, 2024 |
| Claim Form Deadline Date: | August 30, 2024 |
| Opt-Out Deadline Date: | August 30, 2024 |
| Number of initial Class Members: | 1,991 |
| Number of additional Class Members: | 35 |
| Number of Mailed Notices: | 2,026 (1,991+35) |
| Undeliverable First Mailing: | 29 |
| Skip Traced Addresses Found: | 29 |
| Re-mailed Notices | 29 |
| Undeliverable with Forwarding Address: | 9 |
| Notices mailed to the Forwarding Address: | 9 |
| Number of e-mailed Notices: | 1,924 |
| Number of Undelivered E-mails: | 81 |
| Opt-outs: | 2 |
| Objections to Settlement: | 0 |
| Total timely Claims: | 360[1] (359 filed Claims + named Plaintiff) |
| Total late Claims: | 3[2] |
| Number of Authorized Claims: | 363 (359 timely Claims + 1 named Plaintiff + 3 late Claims) |

[1] The Named Plaintiff is automatically considered a Participating Claimant and is not required to submit a Claim Form to claim his share of the Net Settlement Fund which is separate from any court-approved service award.
[2] Three (3) late Claims were accepted to participate in the settlement.

6

Participation Rate: 17.92% (363 Claimants / 2,026 Class Members)

## EXCLUSIONS AND OBJECTIONS

14. As of this date, MSLLC received two (2) requests for exclusion from the Settlement.

15. As of this date, MSLLC has not received any objections to the Settlement.

## BREAKDOWN OF SETTLEMENT FUND

16. As of this date, there are 363 Class Members eligible to receive payment. Accordingly, MSLLC will proceed to mail checks to the 363 Class Members who will collectively be paid their proportionate amount of the Net Settlement Fund. Payments pursuant to the Settlement, subject to court-approval, are to be allocated as follows:

| | |
|---|---|
| Claimants' Awards: | $ 255,996.17 |
| Attorneys' Fees: | $ 433,333.33 |
| Attorneys' Costs: | $ 858.82 |
| Plaintiffs' Service Awards: | $ 25,000.00 |
| Reserve Fund: | $ 15,000.00 |
| Claims Administrator Fees: | $ 28,773.49 |
| Employer's Payroll Taxes[3]: | $ 23,231.65 |
| TOTAL: | $ 782,193.47 |

17. The highest individual allocation amount will be $2,248.99 and the average individual allocation is $705.22.

## ADMINISTRATION COSTS

---

[3] The employer's share of payroll taxes is calculated based on 2024 tax rates and may be subject to tax rate changes if the distribution is made in 2025.

18. MSLLC' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, are anticipated to be $28,773.49.

19. In addition to the work outlined in Paragraph 3, supra, MSLLC' work in connection with this matter will continue with (1) mailing all required tax forms to Class Members and to Class Counsel as provided herein; (2) calculating and paying each Class Member's taxes and preparing appropriate tax forms for each Class Member; (3) answering any questions asked by Class Members or Counsel relating to payments and taxes; (4) mailing the Settlement Checks to Class Members; and (5) depositing any uncashed settlement checks with the New York State Comptroller's Office – Office of Unclaimed Funds.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed on September 20, 2024 in Ridgewood, New York.

Tomasz Kulak

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARISOL MEDINA, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br>        v.<br><br>NYC HARLEM FOODS INC, BRONX 163 FOODS INC.,<br>BRONX MARKET FOODS INC, NYC 143 FOODS INC,<br>NYC 96 FOODS INC, NYC 89 FOODS INC,<br>NYC PARK FOODS INC, NYC 125 FOODS INC,<br>NYC 159 FOODS INC, NYC 155 FOODS INC,<br>SUNNYSIDE BK QSR INC, NYC 116 BK QSR INC,<br>NYC 116 FOODS INC, NYC 121 FOODS INC,<br>NYC 114 FOODS INC, BRONX PROSPECT FOODS INC.,<br>NYC 145 FOODS INC., NYC LENOX FOODS INC.,<br>NYC 178 FOODS INC., BRONX 138 FOODS INC.,<br>RV EASTCHESTER FOODS INC., NYC 148 FOODS INC.,<br>NYC LEXINGTON FOODS INC., NYC 161 FOODS INC.,<br>BRONX 170 FOODS INC., ANDHRA FOODS INC.,<br>SOMYA FOODS, INC., RVN FOODS INC., and<br>SRINIVASA RAO TUMMALAPENTA, individually,<br><br>                       Defendants. | Civil Action No.:<br>21-CV-1321 |

## <u>NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION LAWSUIT</u>

***PLEASE READ THIS NOTICE CAREFULLY.*** This Notice is being sent to you because you have been identified as having worked at a Dunkin Donuts franchise owned and/or operated by NYC Harlem Foods Inc, Bronx 163 Foods Inc., Bronx Market Foods Inc, NYC 143 Foods Inc, NYC 96 Foods Inc, NYC 89 Foods Inc, NYC Park Foods Inc, NYC 125 Foods Inc, NYC 159 Foods Inc, NYC 155 Foods Inc, Sunnyside Bk QSR Inc, NYC 116 Bk QSR Inc, NYC 116 Foods Inc, NYC 121 Foods Inc, NYC 114 Foods Inc, Bronx Prospect Foods Inc., NYC 145 Foods Inc., NYC Lenox Foods Inc., NYC 178 Foods Inc., Bronx 138 Foods Inc., RV Eastchester Foods Inc., NYC 148 Foods Inc., NYC Lexington Foods Inc., NYC 161 Foods Inc., Bronx 170 Foods Inc., Andhra Foods Inc., Somya Foods, Inc., RVN Foods Inc., and Srinivasa Rao Tummalapenta (collectively "Defendants") at some point between February 15, 2015 and May 29, 2024. This notice relates to the settlement of a class action litigation. It contains important information as to your right to participate in the settlement and claim a payment from the settlement or to exclude yourself from the litigation and not participate**.**

## INTRODUCTION

Plaintiff Marisol Medina ("Plaintiff"), on behalf of herself and all others similarly situated, has a pending lawsuit in the United States District Court for the Southern District of New York (Civil Action No. 21-CV-1321) (the "Lawsuit") against Defendants. In the Lawsuit, Plaintiff asserts claims for (1) failing to pay for all hours worked including overtime; (2) failure to timely pay all wages; (3) failure to provide uniform maintenance pay; (4) failing to pay "Spread of Hours" pay; (4) failure to provide a hiring notice of notice of pay rate at the time of hire or any time thereafter; and (5) failure to provide accurate statements accompanying each payment of wages. These claims arise under the New York Labor Law ("NYLL" or "New York law") and the Fair Labor Standards Act ("FLSA"). The Court has certified the Lawsuit to be a class action for settlement purposes only, and you have been identified as a Class Member. That is why you are receiving this notice. Defendants have reviewed and investigated this matter and deny any wrongdoing. Nevertheless, Defendants have decided to resolve the Lawsuit in order to avoid the expense of further litigation and the ongoing disruption to their business operations. Plaintiff and Defendants have entered into a Settlement Agreement and Release ("Settlement Agreement"), which is described in detail below.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **PARTICIPATE BY SUBMITTING THE CLAIM FORM PROVIDED** | If you wish to participate in the settlement and receive a payment, you must submit the attached Claim Form and Release by **August 30, 2024** to the Claims Administrator. Further instructions are included on that form. By submitting the Claim Form, you will give up any rights to separately sue Defendants for any wage and hour claim. |
| **DO NOTHING** | If you do nothing, you will remain a part of the class and you will give up any rights to separately sue Defendants only for the wage and hour claims asserted in the Lawsuit. However, you will not receive any money from the settlement. |
| **EXCLUDE YOURSELF** | By excluding yourself, you give up any right to receive a payment from this settlement. You will, however, keep any rights to sue Defendants for the same legal claims that are asserted in this lawsuit. |
| **OBJECT** | Write to the Court and explain why you do not agree with the settlement; however, you must still submit a Claim Form and Release even if you object. If you exclude yourself from the settlement, you may not object. If you object in writing, you may also ask to speak in Court about the fairness of the settlement. You may only appear in Court to speak about the fairness of the settlement if you file a timely written objection to the settlement and if you do not exclude yourself from the settlement. |

## 1. What is the purpose of this Notice?

Defendant's records state that you worked at a Dunkin Donuts franchise in New York State owned and/or operated by Defendants during the time period of February 15, 2015 and May 29, 2024 and were a non-

exempt employee. The purpose of this Notice is to inform you of your rights and options and the time frame by which you must exercise your rights under the Settlement Agreement.

The Court still has to decide whether or not to approve the settlement. Payments will be made only if the Court approves the settlement.

## 2. What is this lawsuit about?

This lawsuit involves claims brought by the Plaintiff alleging that the Defendants violated the NYLL and FLSA by not paying all wages to their employees and by not providing certain statutorily-required notices.

## 3. Why is this a class action?

In a class action, one or more people called "Class Representatives" sue on behalf of people who have similar claims. The people together are a "Class" or "Class Members." The employee who sued is called the Plaintiff or Class Representative. One court resolves the issues for everyone in the Class – except for those who choose to exclude themselves from the Class, as explained in Paragraph 10 below.

## 4. Why is there a settlement?

Although both Plaintiff and Defendants believe that they would have prevailed at trial, this case did not go to trial. The Court did not decide in favor of either side. Instead, the parties have agreed to a settlement. This avoids the costs of a trial and the risk that Plaintiff would not have prevailed on his claims. The Plaintiff and her attorneys think a settlement is the best decision for everyone involved and that this one is fair and reasonable.

## 5. What does the settlement provide?

Defendants have agreed to pay a total settlement of up to $1,300,000. Plaintiff and the Class Members who file claims will each receive an amount of money based on the amount of weeks that they worked in total during their employment from February 15, 2015 and May 29, 2024.

The settlement also asks the Court to approve a service payment of $25,000 to Marisol Medina, the individual who brought the Lawsuit. This service payment recognizes the many hours Ms. Medina gave to the Class by, among other things, retaining attorneys, supplying documents and information, and helping the attorneys investigate and prosecute the claims on behalf of the class.

## 6. How can I make a claim?

In order to make a claim, you must timely complete and return the enclosed Claim Form and Release. To be timely, your Claim Form and Release must be postmarked by **August 30, 2024**. You will have one hundred eighty days (180) days from the date the check is issued to cash or deposit it. If your address changes between the time you submit your Claim Form and the time you receive your settlement check, please contact the Claims Administrator at the address below:

Martom Solutions, LLC
P.O. Box 860020 Ridgewood, NY 11386-0020
Tel No. (917) 781-7746   |   Fax No. (844) 261-9013
E-mail: info@martomsolutions.com

| 7.  **When will I get my payment?** |
|---|

The Court will hold a fairness hearing to determine whether to approve the settlement as described in more detail in Paragraph 16.  If you have sent in your Claim Form and Release and the Court approves the settlement, your payment will be mailed to you in approximately September 2023.  You must cash or deposit this check within one hundred eighty days (180) days after it is issued or else the check will be void but your Release of Claims will remain valid.

The Court in charge of this case still has to decide whether to approve the settlement.  Payments will be made only if the Court approves the settlement and after any appeals are resolved.  Please be patient.

| 8.  **How much will my payment be?** |
|---|

Based on the formula that has been preliminarily approved by the Court, your estimated award will be $[_____].  A portion of this payment shall be subject to applicable taxes and withholdings; and may be subject to child support arrearages, if any.  The Settlement Agreement contains the allocation formula. You may obtain a copy of the Settlement Agreement by following the instructions in Paragraph 19, below.

| 9.  **What am I giving up to get a payment or stay in the Class?** |
|---|

If you submit the Claim Form and Release (or do nothing), you cannot sue, continue to sue, or be part of any other lawsuit against Defendants for any New York Labor Law or Fair Labor Standards Act wage-related claims through May 29, 2024.

If you don't want to release any potential claims against Defendants and also do not want to receive a payment from this settlement, then you must take steps to get out.  This is called excluding yourself or is sometimes referred to as "opting out" of the settlement Class and is explained in Paragraph 10.

Submitting the Claim Form and Release does not release Defendants from the obligation to pay you wages for time worked but not yet paid in the pay period immediately preceding your completion of the Form.

| 10.  **How do I opt out of the settlement?** |
|---|

To exclude yourself from the settlement, you must send a letter by first class mail that includes the words, "I OPT OUT OF MEDINA V. HARLEM FOODS NYC SETTLEMENT." You must include your name, address, telephone number, and signature.  Your exclusion request must be postmarked no later than August 30, 2024 and must be mailed to:

Martom Solutions, LLC
P.O. Box 860020 Ridgewood, NY 11386-0020
Tel No. (917) 781-7746   |   Fax No. (844) 261-9013
E-mail: info@martomsolutions.com
*RE*: *Medina v. Harlem Foods NYC Settlement*

If you ask to be excluded, you will not get any settlement payment. You will not be legally bound by anything that happens in this lawsuit. If you exclude yourself from the lawsuit, you may not object to it. Please note that if you send in a request to be excluded and then later send in a timely Claim Form and Release before the deadline to do so expires, your exclusion (opt-out request) will be void.

## 11. What happens if I do nothing?

If you do nothing, your claims will not be preserved and you will be legally bound by the outcome of this lawsuit, but you will not be entitled to collect money under the settlement. In other words, if you do not send back the Claim Form and Release or a letter excluding yourself, you release and cannot collect for these claims now or later.

## 12. How do I tell the Court that I object to the settlement?

You can object to the settlement if you are unhappy or disagree with any part of it. To object, you must send a letter via U.S. Mail stating that you object to the settlement agreement in *Medina v. Harlem Foods NYC Settlement, Civil Action No. 21-CV-1321*, and stating the specific reasons for your objection. Make sure to include your name, address, telephone number and signature. Please also state the dates of your employment with Defendants and your job title. Any objections must be postmarked by August 30, 2024 and be mailed to:

Martom Solutions, LLC
P.O. Box 860020 Ridgewood, NY 11386-0020
Tel No. (917) 781-7746 | Fax No. (844) 261-9013
E-mail: info@martomsolutions.com
*RE: Medina v. Harlem Foods NYC Settlement*

Even if you object, you must still submit a Claim Form and Release to collect any portion of settlement as the Court may still approve the settlement over your objection and if you have objected but not submitted a claim form you will not receive money.

## 13. What is the difference between objecting to the settlement and excluding myself from the settlement?

Objecting is simply telling the Court that you do not like something about the settlement. You can only object if you do not exclude yourself from the class. Excluding yourself is an indication that you do not want to be part of the class. If you exclude yourself, you have no basis to object because the settlement no longer affects you.

## 14. Do I have a lawyer in this case?

The Court has decided that the lawyers at the law firm of Bouklas Gaylord, LLP are qualified to represent you and all Class Members. These lawyers are called "Class Counsel." You will not be charged for these lawyers. You do not need to retain your own attorney in order to participate as a Class Member. If you do not opt out of the Class and want to be represented by your own lawyer, you may hire one at your own expense.

## 15. How will the lawyers be paid?

Class Counsel will ask the Court to approve payment of $433,333.33 which represents one-third (33.33%) of the settlement fund for their services in investigating the case, litigating the case, and negotiating the settlement, as well as expenses actually incurred. The percentage of the settlement and any reimbursed expenses that will be paid to Class Counsel will have to be approved by the Court before it can be distributed.

**16. When and where will the Court decide whether to approve the settlement?**

The Court will hold a Fairness Hearing on October 4, 2024 at 11 a.m., at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007 in Courtroom 518. Please contact Class Counsel or Defendants' Counsel prior to appearing as the location, date, and method of the Fairness Hearing may be subject to change.

At this hearing the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay Class Counsel. After the hearing, the Court will decide whether to approve the settlement. We do not know how long these decisions will take.

**17. Do I have to come to the hearing?**

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

**18. May I speak at the hearing?**

If you file a timely Objection to the Settlement, you may ask the Court for permission to speak at the Fairness Hearing. To do so, you must include the words "I intend to appear at the Fairness Hearing" in your written objection, which must be filed according to the procedure described in Paragraph 11, above. Your testimony at the Fairness Hearing will be limited to those reasons that are included in your written objection. You cannot speak at the hearing if you exclude yourself from the settlement. You cannot speak at the hearing if you do not timely object.

**19. How do I get more information?**

This notice summarizes the proposed settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement by contacting Class Counsel at:

Bouklas Gaylord, LLP
357 Veterans Memorial Highway
Commack, New York 11725
(516) 490-8609

DATED:        May 29, 2024

মার্কিন যুক্তরাষ্ট্রের জেলা আদালত (UNITED STATES DISTRICT COURT)
নিউ ইয়র্কের দক্ষিণ জেলা (SOUTHERN DISTRICT OF NEW YORK)

---

মারিসল মেদিনা (MARISOL MEDINA), ব্যক্তিগতভাবে এবং নকলের পক্ষ থেকে অন্যরা একইভাবে অবস্থিত,

বাদী পক্ষ,

বনাম

NYC HARLEM FOODS INC, BRONX 163 FOODS INC.,
BRONX MARKET FOODS INC, NYC 143 FOODS INC,
NYC 96 FOODS INC, NYC 89 FOODS INC,
NYC PARK FOODS INC, NYC 125 FOODS INC,
NYC 159 FOODS INC, NYC 155 FOODS INC,
SUNNYSIDE BK QSR INC, NYC 116 BK QSR INC,
NYC 116 FOODS INC, NYC 121 FOODS INC,
NYC 114 FOODS INC, BRONX PROSPECT FOODS INC.,
NYC 145 FOODS INC., NYC LENOX FOODS INC.,
NYC 178 FOODS INC., BRONX 138 FOODS INC.,
RV EASTCHESTER FOODS INC., NYC 148 FOODS INC.,
NYC LEXINGTON FOODS INC., NYC 161 FOODS INC.,
BRONX 170 FOODS INC., ANDHRA FOODS INC.,
SOMYA FOODS, INC., RVN FOODS INC., এবং
শ্রীনিবাস রাও তাম্মালাপেন্তা, ব্যক্তিগত ভাবে,

বিবাদীগণ।

সিভিল অ্যাকশন নং:
21-CV-1321

---

ক্লাস অ্যাকশন মামলার প্রস্তাবিত নিষ্পত্তির বিজ্ঞপ্তি

---

*অনুগ্রহ করে এই বিজ্ঞপ্তিটি যত্নসহকারে পড়ুন।* এই নোটিশটি আপনাকে পাঠানো হচ্ছে কারণ আপনি চিহ্নিত হয়েছেন যে আপনি একটি Dunkin Donuts ফ্র্যাঞ্চাইজির মালিকানাধীন এবং/অথবা NYC Harlem Foods Inc, Bronx 163 Foods Inc., Bronx Market Foods Inc, NYC 143 Foods Inc, NYC 96 Foods Inc, NYC 89 Foods Inc, NYC Park Foods Inc, NYC 125 Foods Inc, NYC 159 Foods Inc, NYC 155 Foods Inc, Sunnyside Bk QSR Inc, NYC 116 BK QSR Inc, NYC 116 Foods Inc, NYC 121 Foods Inc, NYC 114 Foods Inc, Bronx Prospect Foods Inc., NYC 145 Foods Inc., NYC Lenox Foods Inc., NYC 178 Foods Inc., Bronx 138 Foods Inc., RV Eastchester Foods Inc., NYC 148 Foods Inc., NYC Lexington Foods Inc., NYC 161 Foods Inc., Bronx 170 Foods Inc., Andhra Foods Inc., Somya Foods, Inc., RVN Foods Inc., এবং শ্রীনিবাস রাও তাম্মালাপেন্তা (সম্মিলিতভাবে "বিবাদী পক্ষ") দ্বারা পরিচালিত সংস্থায় 15 ফেব্রুয়ারি, 2015 এবং 29 মে, 2024-এর মধ্যে কোনো এক সময়ে কাজ করেছেন। এই বিজ্ঞপ্তিটি একটি ক্লাস অ্যাকশন মামলার নিষ্পত্তির সাথে সম্পর্কিত। এতে আপনার নিষ্পত্তিতে অংশগ্রহণ করার এবং নিষ্পত্তি থেকে একটি অর্থপ্রদানের দাবি করার বা নিজেকে মামলা থেকে বাদ দেওয়ার এবং অংশগ্রহণ না করার অধিকার সম্পর্কে গুরুত্বপূর্ণ তথ্য রয়েছে।

---

## ভূমিকা

বাদী পক্ষ মেরিসোল মেদিনা ("বাদী পক্ষ"), তাঁর নিজের এবং একইভাবে অবস্থিত অন্য সকলের পক্ষে, নিউইয়র্কের দক্ষিণ জেলার জন্য মার্কিন যুক্তরাষ্ট্রের জেলা আদালতে একটি বিচারাধীন মামলা রয়েছে

1

(সিভিল অ্যাকশন নম্বর 21-CV-1321) ("আইনি মামলা") বিবাদী পক্ষের বিরুদ্ধে। মামলায়, বাদী পক্ষ (1) ওভারটাইম সহ কাজ করা সমস্ত ঘণ্টার জন্য অর্থ প্রদানে ব্যর্থ হওয়ার কারণে; (2) সময়মতো সমস্ত মজুরি প্রদানে ব্যর্থতার কারণে; (3) ইউনিফর্ম রক্ষণাবেক্ষণের বেতন প্রদানে ব্যর্থতার কারণে; (4) "স্প্রেড অফ আওয়ার্স" বাবদ বেতন দিতে ব্যর্থ হওয়ার কারণে; (4) নিয়োগের সময় বা তার পরে যে কোনও সময়ে বেতন হারের নোটিশ অনুসারে নিয়োগ করার বিজ্ঞপ্তি প্রদান করতে ব্যর্থ হওয়ার কারণে; এবং (5) প্রতিটি মজুরির অর্থ প্রদানের সাথে সামঞ্জস্যপূর্ণ ভাবে সঠিক বিবৃতি প্রদানে ব্যর্থতার কারণে দাবি করেছেন। এই দাবিগুলি নিউ ইয়র্ক লেবর ল ("NYLL" বা "নিউ ইয়র্ক ল") এবং ফেয়ার লেবর স্ট্যান্ডার্ডস অ্যাক্ট ("FLSA") এর অধীনে উদ্ভূত হয়। আদালত মামলাটিকে শুধুমাত্র নিষ্পত্তির উদ্দেশ্যে একটি ক্লাস অ্যাকশন হিসাবে প্রত্যয়িত করেছে এবং আপনাকে একজন ক্লাস সদস্য হিসেবে চিহ্নিত করা হয়েছে। সে কারণে আপনি এই নোটিশ পাচ্ছেন। বিবাদী পক্ষরা এই বিষয়টি পর্যালোচনা ও তদন্ত করেছে এবং কোন অন্যায় কাজ হয়ে থাকার কথা অস্বীকার করেছে। তা সত্ত্বেও, বিবাদী পক্ষরা আরও মামলা খরচ এবং তাদের ব্যবসায়িক কার্যক্রমে চলমান ব্যাঘাত এড়াতে মামলাটি সমাধান করার সিদ্ধান্ত নিয়েছে। বাদী এবং বিবাদী পক্ষ একটি নিষ্পত্তি চুক্তি এবং ছাড় ("নিষ্পত্তি চুক্তি") এর মধ্যে প্রবেশ করেছে, যা নীচে বিশদভাবে বর্ণিত হয়েছে।

| এই নিষ্পত্তির সাথে সংশ্লিষ্ট আপনার আইনি অধিকার এবং বিকল্পসমূহ | |
|---|---|
| **প্রদত্ত দাবি ফর্ম জমা দিয়ে অংশগ্রহণ করুন** | আপনি যদি নিষ্পত্তিতে অংশগ্রহণ করতে চান এবং প্রদত্ত অর্থ পেতে চান, তাহলে আপনাকে অবশ্যই **30 আগস্ট, 2024** এর মধ্যে দাবি প্রশাসকের কাছে সংযুক্ত দাবি ফর্ম এবং ছাড় জমা দিতে হবে। এই নির্দেশাবলী সেই ফর্মে অন্তর্ভুক্ত করা হয়েছে। দাবি ফর্ম জমা দেওয়ার মাধ্যমে, আপনি যেকোন মজুরি এবং ঘণ্টা বিষয়ক দাবির জন্য বিবাদী পক্ষের উপরে আলাদাভাবে মামলা করার অধিকার ছেড়ে দেবেন। |
| **কিছু না করা** | আপনি যদি কিছু না করেন, তাহলে আপনি ক্লাসের একটি অংশ থাকবেন এবং আপনি বিবাদী পক্ষের বিরুদ্ধে শুধুমাত্র মজুরি এবং ঘণ্টা বিষয়ে দাবির জন্য মামলায় করা দাবি নিয়ে আলাদাভাবে মামলা করার কোনো অধিকার ছেড়ে দেবেন। তবে, আপনি নিষ্পত্তি থেকে কোন টাকা পাবেন না। |
| **নিজেকে প্রত্যাহার করা** | নিজেকে মামলা থেকে প্রত্যাহার করলে, আপনি এই নিষ্পত্তি থেকে অর্থ পাওয়ার কোনো অধিকার ছেড়ে দেবেন। তাহলে, আপনি এই মামলায় দাবি করা একই আইনি দাবির জন্য বিবাদী পক্ষের বিরুদ্ধে মামলা করার অধিকার বজায় রাখবেন। |
| **উদ্দেশ্য** | আদালতে লিখে জানান এবং ব্যাখ্যা করুন যে কেন আপনি নিষ্পত্তির সাথে একমত নন; যাইহোক, আপনি আপত্তি করলেও আপনাকে অবশ্যই একটি দাবি ফর্ম এবং ছাড় জমা দিতে হবে। আপনি যদি নিষ্পত্তি থেকে নিজেকে বাদ দেন, আপনি আপত্তি নাও করতে পারেন। আপনি যদি লিখিতভাবে আপত্তি করেন, আপনি নিষ্পত্তির ন্যায্যতা সম্পর্কে আদালতে কথা বলার অনুরোধ করতেও পারবেন। আপনি নিষ্পত্তির ন্যায্যতা সম্পর্কে কথা বলার জন্য শুধুমাত্র আদালতে হাজির হতে পারেন যদি আপনি নিষ্পত্তির বিষয়ে একটি সময়মতো লিখিত আপত্তি দাখিল করেন এবং যদি আপনি নিষ্পত্তি থেকে নিজেকে প্রত্যাহার না করেন। |

## 1. এই বিজ্ঞপ্তি উদ্দেশ্য কী?

বিবাদী পক্ষের রেকর্ডে বলা হয়েছে যে আপনি 15 ফেব্রুয়ারি, 2015 এবং 29 মে, 2024 এর সময়কালে নিউইয়র্ক স্টেটের একটি Dunkin Donuts ফ্র্যাঞ্চাইজিতে কাজ করেছেন এবং/অথবা তখন আপনি বিবাদী পক্ষের দ্বারা পরিচালিত হতেন এবং একজন ছাড়-প্রাপ্ত-নন এমন ধরনের কর্মচারী ছিলেন। এই বিজ্ঞপ্তির উদ্দেশ্য হল আপনাকে আপনার অধিকার ও বিকল্পগুলি এবং নিষ্পত্তি চুক্তির অধীনে আপনার অধিকার প্রয়োগ করার সময়সীমা সম্পর্কে অবহিত করা।

নিষ্পত্তি অনুমোদন করা হবে কি না সেই বিষয়ে আদালতকে এখনও সিদ্ধান্ত নিতে হবে। আদালত নিষ্পত্তি অনুমোদন করলে তবেই পেমেন্ট করা হবে।

## 2. এই মামলা কী সম্পর্কে হচ্ছে?

এই মামলায় বাদী পক্ষের আনা দাবিগুলির সাথে সংশ্লিষ্ট অভিযোগ আনা হয়েছে যে বিবাদী পক্ষ তাদের কর্মচারীদের সমস্ত মজুরি প্রদান না করে এবং নির্দিষ্ট বিধিবদ্ধভাবে প্রয়োজনীয় নোটিশ প্রদান না করে NYLL এবং FLSA এর বিধি লঙ্ঘন করেছে।

## 3. কেন এটি একটি ক্লাস অ্যাকশন?

একটি ক্লাস অ্যাকশনে, "ক্লাসের প্রতিনিধি" নামে পরিচিত এক বা একাধিক ব্যক্তি একই ধরনের দাবি থাকা ব্যক্তিদের পক্ষে মামলা করে। এই ব্যক্তিদের একসাথে একটি "ক্লাস" বা "ক্লাসের সদস্য"।হিসাবে অভিহিত হয়। যে কর্মচারী মামলা করেন তাকে বাদী পক্ষ বা ক্লাসের প্রতিনিধি বলা হয়। আদালত ক্লাসের প্রত্যেকের সমস্যাগুলির সমাধান করে – যারা ক্লাস থেকে নিজেদেরকে বাদ দেবার কথা বেছে নেয় তাদের বাদে, নীচের অনুচ্ছেদ 10 এ যেমন ব্যাখ্যা করা হয়েছে।

## 4. কোনও নিষ্পত্তি কেন করা হয়?

যদিও বাদী এবং বিবাদী পক্ষ উভয়েই বিশ্বাস করেন যে তারা বিচারে জয়ী হতেন, এই মামলাটি তাহলে বিচারে উঠত না। আদালত উভয়ের মধ্যে কারও পক্ষে রায় দেয়নি। বরং, পক্ষগুলি নিজেরা একটি নিষ্পত্তি করতে রাজি হয়েছে। এটি একটি বিচারের খরচ এড়ানোর জন্য করা হয় এবং যদি এমন ঝুঁকি থাকে যে বাদী পক্ষ তার দাবির উপর প্রাধান্য নাও পেতে পারে। বাদী পক্ষ এবং তার উকিলরা যদি মনে করেন যে একটি নিষ্পত্তি করা হলে তা সংশ্লিষ্ট প্রত্যেকের জন্য সেরা সিদ্ধান্ত হবে এবং তা ন্যায্য এবং যুক্তিসঙ্গত হবে।

## 5. নিষ্পত্তি থেকে কী পাওয়া যায়?

বিবাদী পক্ষ মোট $1,300,000 পর্যন্ত অর্থ দিয়ে নিষ্পত্তি করতে সম্মত হয়েছে। বাদী পক্ষ এবং ক্লাস সদস্যরা যারা দাবি দাখিল করবেন তারা প্রত্যেকে তাদের কর্মসংস্থানের সময় 15 ফেব্রুয়ারি, 2015 এবং 29 মে, 2024 এর মধ্যে মোট যত সপ্তাহ কাজ করেছেন তার উপর ভিত্তি করে একটি পরিমাণ অর্থ পাবেন।

নিষ্পত্তিটি, মারিসোল মেদিনা, অর্থাৎ যে ব্যক্তি মামলাটি করেছিল তার প্রতি আদালতকে $25,000 পরিমাণে পরিষেবা জনিত অর্থপ্রদানের অনুমোদন দিতে বলে। এই পরিষেবা জনিত অর্থপ্রদান মিস মেদিনা যত ঘণ্টার জন্য ক্লাসকে অন্যান্য বিষয়গুলির মধ্যে, আইনজীবীকে বহাল করে রাখা, নথিপত্র এবং তথ্য সরবরাহ করা এবং আইনজীবীদের ক্লাসের পক্ষে দাবিগুলি নিয়ে তদন্ত ও অভিযোগ দায়ের করতে সহায়তা করাকে স্বীকৃতি দেয়।

## 6. আমি কীভাবে একটি দাবি করতে পারি?

একটি দাবি করার জন্য, আপনাকে অবশ্যই সময়মতো সংযুক্ত দাবি ফর্ম পূরণ করে দাখিল করতে হবে এবং ছাড় দিতে হবে। সময়পোযোগী হওয়ার জন্য, আপনার দাবির ফর্ম এবং ছাড় অবশ্যই **30 আগস্ট, 2024** তারিখের মধ্যে পোস্টমার্ক করতে হবে। চেকটি নগদ করা বা জমা দেওয়ার জন্য আপনার হাতে এক শত আশি দিন (180) থাকবে। আপনি আপনার দাবি ফর্ম জমা দেওয়ার সময় এবং আপনার নিষ্পত্তির চেক পাওয়ার সময়ের মধ্যে যদি আপনার ঠিকানা পরিবর্তিত হয়, অনুগ্রহ করে নীচের ঠিকানায় দাবি প্রশাসকের সাথে যোগাযোগ করুন:

Martom Solutions, LLC
P.O. Box 860020 Ridgewood, NY 11386-0020
টেলিফোন নং. (917) 781-7746 | ফ্যাক্স নং. (844) 261-9013
ইমেইল: info@martomsolutions.com
*Medina v. Harlem Foods NYC Settlement*

আদালত 16 অনুচ্ছেদে আরও বিশদভাবে বর্ণিত নিষ্পত্তি অনুমোদন করতে হবে কিনা তা নির্ধারণ করতে একটি ন্যায্যতার শুনানি করবে। আপনি যদি আপনার দাবির ফর্ম এবং ছাড় পাঠিয়ে থাকেন এবং আদালত নিষ্পত্তি অনুমোদন করে, আপনার পেমেন্ট আনুমানিক সেপ্টেম্বর 2023-এর মধ্যে আপনাকে মেইল করে পাঠানো হবে। আপনাকে অবশ্যই এই চেকটি ইস্যু করার পরে এক শত আশি দিন (180) দিনের মধ্যে নগদ বা জমা দিতে হবে অন্যথায় চেকটি বাতিল হয়ে যাবে কিন্তু আপনার দাবির ছাড় বৈধ থাকবে।

এই মামলার দায়িত্বে থাকা আদালতকে এর পুরেও নিষ্পত্তিটিকে অনুমোদন দেওয়া হবে কিনা তা নির্ধারণ করতে হবে। আদালত নিষ্পত্তির অনুমোদন করলে এবং কোনো আপিল করা হলে তার নিষ্পত্তির পরই অর্থপ্রদান করা হবে। অনুগ্রহ করে ধৈর্যশীল হোন।

আদালতে প্রাথমিকভাবে অনুমোদিত সূত্রের উপর ভিত্তি করে, আপনার আনুমানিক পুরস্কার হবে $[_____]। এই অর্থপ্রদানের একটি অংশ প্রযোজ্য ট্যাক্স এবং উইথহোল্ডিং সাপেক্ষ; এবং বকেয়া শিশু সহায়তা বরাদ্দ সাপেক্ষ হতে পারে, যদি থেকে থাকে। নিষ্পত্তি চুক্তিতে বরাদ্দের সূত্র থাকে। আপনি নীচের অনুচ্ছেদ 19-এর নির্দেশাবলী অনুসরণ করে নিষ্পত্তি চুক্তির একটি কপি পেতে পারেন।

যদি আপনি দাবি ফর্ম এবং ছাড় জমা দেন (অথবা কিছুই না করেন), তাহলে মে 29, 2024 তারিখ থেকে আপনি নিউ ইয়র্ক লেবার ল বা ফেয়ার লেবার স্ট্যান্ডার্ডস অ্যাক্ট অনুসারে মজুরি-সম্পর্কিত দাবির জন্য বিবাদী পক্ষের বিরুদ্ধে মামলা করতে, মামলা চালিয়ে যেতে বা অন্য কোনো মামলার অংশ হতে পারবেন না।

আপনি যদি বিবাদী পক্ষের বিরুদ্ধে কোনো সম্ভাব্য দাবির বিষয়ে ছাড় দিতে না চান এবং এই নিষ্পত্তি থেকে অর্থ না পেতে চান, তাহলে আপনাকে অবশ্যই বেরিয়ে আসার জন্য পদক্ষেপ নিতে হবে। একে বলা হয় নিজেকে বাদ দেওয়া বা কখনও কখনও একে নিষ্পত্তি ক্লাসের থেকে "বেরিয়ে আসা" হিসাবে উল্লেখ করা হয় এবং অনুচ্ছেদ 10 এ এর ব্যাখ্যা করা হয়েছে।

দাবির ফর্ম এবং ছাড় জমা দিলে তা বিবাদী পক্ষগুলি আপনাকে কাজ করার সময়ের জন্য মজুরি প্রদানের বাধ্যবাধকতা থেকে মুক্তি দেয় না কিন্তু আপনার ফর্মটি সম্পূর্ণ করার ঠিক আগে বেতনের মেয়াদে এখনও মজুরি পরিশোধ করা হয়নি।

নিষ্পত্তি থেকে নিজেকে প্রত্যাহার করতে হলে, আপনাকে অবশ্যই প্রথম শ্রেণীর মেইলের মাধ্যমে একটি চিঠি পাঠাতে হবে যাতে এই শব্দগুলি অন্তর্ভুক্ত থাকবে, "I OPT OUT OF MEDINA V. HARLEM FOODS NYC SETTLEMENT." আপনার নিজেকে প্রত্যাহার করার অনুরোধে অবশ্যই আপনার নাম, ঠিকানা, টেলিফোন নম্বর এবং স্বাক্ষর অন্তর্ভুক্ত করবে। আপনার নিজেকে প্রত্যাহার করার অনুরোধে অবশ্যই 30 আগস্ট, 2024 এর পরে যেন না হয় এমন ভাবে পোস্টমার্ক করা উচিত হবে এবং এটিকে অবশ্যই নিম্নলিখিত স্থানে মেইল করতে হবে:

Martom Solutions, LLC
P.O. Box 860020 Ridgewood, NY 11386-0020
টেলিফোন নং. (917) 781-7746 | ফ্যাক্স নং. (844) 261-9013
ইমেইল: info@martomsolutions.com
*RE: Medina v. Harlem Foods NYC Settlement*

আপনি যদি প্রত্যাহৃত হতে অনুরোধ করেন, তাহলে আপনি কোনো নিষ্পত্তি জনিত পেমেন্ট পাবেন না। এই মামলায় যা ঘটবে তার দ্বারা আপনি আইনগতভাবে আবদ্ধ হবেন না। আপনি যদি নিজেকে মামলা থেকে বাদ দেন তবে আপনি এতে আপত্তি নাও করতে পারেন। অনুগ্রহ করে মনে রাখবেন যে আপনি যদি

বাদ দেওয়ার জন্য একটি অনুরোধ পাঠান এবং তারপরে এটি করার সময়সীমা শেষ হওয়ার আগে একটি সময়মতো দাবি ফর্ম এবং ছাড় পাঠান, তাহলে আপনার বর্জন (সরে আসার অনুরোধ) বাতিল হয়ে যাবে।

## 11. আমি কিছু না করলে কী হবে?

আপনি যদি কিছু না করেন, তাহলে আপনার দাবিগুলি সংরক্ষণ করা হবে না এবং আপনি এই মামলার ফলাফলের দ্বারা আইনিভাবে আবদ্ধ হবেন, কিন্তু আপনি নিষ্পত্তির অধীনে অর্থ প্রাপ্তির অধিকারী হবেন না। অন্য কথায়, আপনি যদি দাবির ফর্ম এবং ছাড় না পাঠান বা নিজেকে প্রত্যাহার করে একটি চিঠি ফেরত না পাঠান, তাহলে আপনি এখন বা পরে এই দাবিগুলির জন্য ছাড় দেবেন কিন্তু অর্থ সংগ্রহ করতে পারবেন না।

## 12. আমি কীভাবে আদালতকে বলব যে আমি নিষ্পত্তিতে আপত্তি করছি?

আপনি যদি অসন্তুষ্ট হন বা এর কোনো অংশের সাথে একমত না হন তবে আপনি নিষ্পত্তিতে আপত্তি জানাতে পারেন। আপত্তি জানাতে হলে, আপনাকে অবশ্যই মার্কিন যুক্তরাষ্ট্রের মেইলের মাধ্যমে এ কথা উল্লেখ করে একটি চিঠি পাঠাতে হবে যে *Medina v. Harlem Foods NYC Settlement, Civil Action No. 21-CV-1321* নিষ্পত্তি চুক্তিতে আপত্তি জানাচ্ছেন এবং আপনার আপত্তির নির্দিষ্ট কারণ উল্লেখ করতে হবে। আপনার নাম, ঠিকানা, টেলিফোন নম্বর এবং স্বাক্ষর যেন অন্তর্ভুক্ত থাকে তা নিশ্চিত করুন। অনুগ্রহ করে বিবাদী পক্ষের কাছে আপনার চাকরির তারিখ এবং আপনার চাকরির পদমর্যাদাও জানান। যেকোনো আপত্তি অবশ্যই 30 আগস্ট, 2024 তারিখের মধ্যে পোস্টমার্ক করতে হবে এবং নিম্নলিখিত স্থানে মেইল করতে হবে:

Martom Solutions, LLC
P.O. Box 860020 Ridgewood, NY 11386-0020
টেলিফোন নং. (917) 781-7746 | ফ্যাক্স নং. (844) 261-9013
ইমেইল: info@martomsolutions.com
*RE: Medina v. Harlem Foods NYC Settlement*

এমনকি যদি আপনি আপত্তি করেন, তবুও আপনাকে নিষ্পত্তির কোনও অংশ সংগ্রহ করতে হলে অবশ্যই একটি দাবি ফর্ম জমা দিতে হবে এবং ছাড় দিতে হবে কারণ আদালত এর পরও আপনার আপত্তি সত্ত্বেও নিষ্পত্তির অনুমোদন করতে পারে এবং আপনি যদি আপত্তি করেন কিন্তু দাবি ফর্ম জমা না দেন তাহলে আপনি টাকা পাবেন না।

## 13. নিষ্পত্তিতে আপত্তি করা এবং নিষ্পত্তি থেকে নিজেকে প্রত্যাহার করার মধ্যে পার্থক্য কী?

আপত্তি মানে আদালতকে কেবল এ কথা বলা যে আপনি নিষ্পত্তির কিছু একটা বিষয় পছন্দ করেন না। আপনি যদি নিজেকে ক্লাস থেকে বাদ না দেন তবেই আপনি আপত্তি করতে পারেন। নিজেকে প্রত্যাহার করা একটি ইঙ্গিত যে আপনি ক্লাসের অংশ হতে চান না। আপনি যদি নিজেকে প্রত্যাহার করেন, তাহলে আপনার আপত্তি করার কোনো ভিত্তি থাকে না কারণ নিষ্পত্তি আপনাকে আর প্রভাবিত করে না।

## 14. এই মামলায় আমার কি একজন আইনজীবী আছে?

আদালত সিদ্ধান্ত নিয়েছে যে Bouklas Gaylord, LLP-এর আইনজীবীরা আপনার এবং সমস্ত ক্লাসের সদস্যদের প্রতিনিধিত্ব করার জন্য যোগ্য। এই আইনজীবীদের বলা হয় "ক্লাস কাউন্সেল"। এই আইনজীবীদের জন্য আপনাকে চার্জ করা হবে না। ক্লাস সদস্য হিসেবে অংশগ্রহণ করার জন্য আপনার নিজের অ্যাটর্নি রাখার দরকার নেই। আপনি যদি ক্লাস থেকে নিজেকে প্রত্যাহার না করেন এবং আপনার নিজের আইনজীবীর দ্বারা প্রতিনিধিত্ব করতে চান, তাহলে আপনি নিজের খরচে একজনকে নিয়োগ করতে পারেন।

## 15. আইনজীবীদের বেতন কীভাবে দেওয়া হবে?

ক্লাস কাউন্সেল আদালতকে \$433,333.33 পরিমাণে অর্থপ্রদান অনুমোদন করতে বলবেন যা নিষ্পত্তি তহবিলের এক-তৃতীয়াংশ (33.33%) এর প্রতিনিধিত্ব করে যা মামলার তদন্ত, মামলা চালানো এবং নিষ্পত্তির আলোচনার পাশাপাশি তাদের পরিষেবাগুলির জন্য বাস্তবেই যে খরচ হয়েছে তার সমান। নিষ্পত্তির

শতাংশ এবং ক্লাস কাউন্সেলকে প্রদান করা যেকোন ব্যয়পূরণের খরচগুলি বাবদ অর্থ বিতরণ করার আগে তা আদালতের দ্বারা অনুমোদিত হতে হবে।

## 16. আদালত কখন এবং কোথায় নিষ্পত্তি অনুমোদনের সিদ্ধান্ত নেবেন?

আদালত 4 অক্টোবর, 2024 সকাল 11 টায় একটি ন্যায্য শুনানি করবে, নিউ ইয়র্কের দক্ষিণ জেলার জন্য মার্কিন যুক্তরাষ্ট্রের জেলা আদালতে, যার ঠিকানা হল 40 Foley Square, New York, New York 10007 কোর্টরুম 518-এ। ন্যায্য শুনানির অবস্থান, তারিখ এবং পদ্ধতি পরিবর্তন হতে পারে বলে উপস্থিত হওয়ার আগে অনুগ্রহ করে ক্লাস কাউন্সেল বা বিবাদী পক্ষের কাউন্সেলের সাথে যোগাযোগ করুন।

এই শুনানিতে আদালত নিষ্পত্তিটি ন্যায্য, যুক্তিসঙ্গত এবং পর্যাপ্ত কিনা তা বিবেচনা করবে। আপত্তি থাকলে আদালত সেগুলো বিবেচনা করবে। শুনানিতে যারা কথা বলতে চেয়েছেন আদালত তাদের কথা শুনবে। আদালত ক্লাস কাউন্সেলকে কত টাকা দিতে হবে তাও নির্ধারণ করতে পারে। শুনানি শেষে আদালত সিদ্ধান্ত নেবে যে নিষ্পত্তির জন্য অনুমোদন করা হবে কিনা। আমরা জানি না যে এই সিদ্ধান্তগুলো নিতে কতদিন লাগবে।

## 17. আমাকে কি শুনানিতে আসতে হবে?

না। ক্লাস কাউন্সেল আদালতের যেকোনো প্রশ্নের উত্তর দেবেন। কিন্তু আপনাকে আপনার নিজের খরচে আসতে স্বাগত জানাই। আপনি যদি একটি আপত্তি পাঠান, তাহলে আপনাকে এটি সম্পর্কে কথা বলার জন্য আদালতে আসতে হবে না। যতক্ষণ পর্যন্ত আপনি আপনার লিখিত আপত্তি সময়মতো মেইল করবেন, আদালত তা বিবেচনা করবে। আপনি উপস্থিত থাকার জন্য আপনার নিজের আইনজীবীকেও অর্থ প্রদান করতে পারেন, তবে এটি প্রয়োজনীয় নয়।

## 18. আমি কি শুনানিতে কথা বলতে পারি?

আপনি যদি নিষ্পত্তিতে একটি সময়মতো আপত্তি দাখিল করেন, তাহলে আপনি আদালতের কাছে ন্যায্যতার শুনানিতে কথা বলার অনুমতি চাইতে পারবেন। এটি করার জন্য, আপনাকে অবশ্যই আপনার লিখিত আপত্তিতে "আমি ন্যায্য শুনানিতে উপস্থিত হতে চাই" শব্দগুলি অন্তর্ভুক্ত থাকতে হবে, যা অবশ্যই উপরে অনুচ্ছেদ 11-এ বর্ণিত পদ্ধতি অনুসারে দায়ের করতে হবে। ন্যায্যতার শুনানিতে আপনার সাক্ষ্য আপনার লিখিত আপত্তির অন্তর্ভুক্ত কারণগুলির মধ্যেই সীমাবদ্ধ থাকবে। নিষ্পত্তি থেকে নিজেকে প্রত্যাহার করে নিলে আপনি শুনানির সময় কথা বলতে পারবেন না। সময়মতো আপত্তি না করলে শুনানিতে কথা বলা যাবে না।

## 19. আমি কীভাবে আরও তথ্য পেতে পারি?

এই বিজ্ঞপ্তিতে প্রস্তাবিত নিষ্পত্তির সংক্ষিপ্ত বিবরণ দেওয়া হয়েছে। নিষ্পত্তি চুক্তিতে আরও বিশদে দেওয়া রয়েছে। আপনি এখানে ক্লাস কাউন্সেলের সাথে যোগাযোগ করে নিষ্পত্তি চুক্তির একটি কপি পেতে পারেন:

Bouklas Gaylord, LLP
357 Veterans Memorial Highway
Commack, New York 11725
(516) 490-8609

তারিখ: 29 মে, 2024

**CLAIM FORM AND RELEASE**

**YOU MUST COMPLETE THIS FORM IF YOU WISH TO PARTICIPATE IN THIS SETTLEMENT**

**CLAIM FORM INSTRUCTIONS**

You are encouraged to read the Notice of Proposed Settlement of Class Action (the "Notice"), which accompanies this CLAIM FORM. To be entitled to participate in this proposed Class and Collective Action settlement, you must mail, fax or e-mail this Claim Form, on or before **August 30, 2024** (the "Claim Bar Date") to:

**Martom Solutions, LLC**
**P.O. Box 860020 Ridgewood, NY 11386-0020**
**Tel No. (917) 781-7746   |   Fax No. (844) 261-9013**
**E-mail: info@martomsolutions.com**
**RE: NYC HARLEM FOODS INC. CLASS ACTION**

**IF YOU FAIL TO FILE A PROPERLY ADDRESSED AND FULLY COMPLETED CLAIM FORM POST-MARKED, FAXED OR EMAILED BY AUGUST 30, 2024 YOU WILL BE PROHIBITED FROM PARTICIPATING IN THIS SETTLEMENT, UNLESS OTHERWISE PERMITTED BY THE COURT.**

In addition to the Claim Form, please also **SIGN AND COMPLETE THE ATTACHED SUBSTITUTE W-9 FORM** and mail, fax or e-mail those signed and completed forms along with your Claim Form to the above address on or before Claim Bar Date.

**THE INFORMATION PROVIDED ON THE CLAIM FORM AND THE SUBSTITUTE W-9 FORM IS <u>STRICTLY CONFIDENTIAL</u> AND WILL ONLY BE USED TO PREPARE YOUR SETTLEMENT CHECK.**

| |
|---|
| **THIS CLAIM FORM MUST BE FAXED, EMAILED OR MAILED AND POST-MARKED ON OR BEFORE AUGUST 30, 2024** |

_____
(First, Middle, Last)

_____
(Street Address)

_____
(City)                                    (State)                                    (Zip Code)

_____
(Date of Birth)

_____
Email (PRINT NEATLY)                                    (Area Code) Telephone Number

*By signing this Claim Form, I consent to participate in this settlement against NYC HARLEM FOODS INC, BRONX 163 FOODS INC., BRONX MARKET FOODS INC, NYC 143 FOODS INC, NYC 96 FOODS INC, NYC 89 FOODS INC, NYC PARK FOODS INC, NYC 125 FOODS INC., NYC 159 FOODS INC, NYC 155 FOODS INC, SUNNYSIDE BK QSR INC, NYC 116 BK QSR INC, NYC 116 FOODS INC, NYC 121 FOODS INC,NYC 114 FOODS INC, BRONX PROSPECT FOODS INC., NYC 145 FOODS INC., NYC LENOX FOODS INC., NYC*

*178 FOODS INC., BRONX 138 FOODS INC., RV EASTCHESTER FOODS INC., NYC 148 FOODS INC., NYC LEXINGTON FOODS INC., NYC 161 FOODS INC., BRONX 170 FOODS INC., ANDHRA FOODS INC., SOMYA FOODS, INC., RVN FOODS INC., and SRINIVASA RAO TUMMALAPENTA (collectively "Defendants") for alleged unpaid wages, including uniform maintenance pay, minimum wage, overtime, and recordkeeping violations. I hereby release Defendants and with respect to each Defendant its past, present, and future: predecessors, successors, heirs, executors, trustees, administrators, assigns, parent entities, subsidiary entities, owners, beneficial owners, members, board members, shareholders, stockholders, investors, officers, directors, managers, employees, agents, consultants, attorneys, advisors, representatives, and insurers from all wage and hour claims under the Fair Labor Standards Act, and the New York Labor Law (and the governing regulations thereunder) for unpaid wages (including minimum wage and overtime) and wage notice violations which have been brought or could have been brought in the Lawsuit (as defined in the Notice) or that are based on the same facts and circumstances as the claims in the Lawsuit from February 15, 2015 to May 29, 2024. I further understand that nothing in this release or my participation in this settlement shall in any way release or relinquish claims I may possess under the workers' compensation law, for unemployment benefits, or arising in tort for personal injury. I further understand that this release shall be strictly limited to claims arising out of and in connection with my employment with Defendants from February 15, 2015 to May 29, 2024.*

**SIGNATURE:**_____

## SUBSTITUTE IRS FORM W-9

**ENTER YOUR SOCIAL SECURITY NUMBER:** ☐☐☐ – ☐☐ – ☐☐☐☐

**CERTIFICATION:** Under penalties of perjury, I certify that:

1. The social security number shown on this form is my correct taxpayer identification number; and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. person (including U.S. resident alien).

Note: If you have been notified by the IRS that you are subject to backup withholding you must cross out item 2 above.

_____        _____
**Signature:**                                                      **Date:**

**The IRS does not require your consent to any provision of this document other than this Form W-9 certification to avoid backup withholding.**

# দাবি ফর্ম এবং ছাড়

## আপনি যদি এই নিষ্পত্তিতে অংশগ্রহণ করতে চান তাহলে আপনাকে অবশ্যই এই ফর্মটি পূরণ করতে হবে

### দাবি ফর্মের নির্দেশাবলী

আপনাকে ক্লাস অ্যাকশনের প্রস্তাবিত নিষ্পত্তির বিজ্ঞপ্তিটি পড়তে উৎসাহিত করা হচ্ছে ("বিজ্ঞপ্তি"), যা এই দাবি ফর্মের সাথে রয়েছে। এই প্রস্তাবিত ক্লাস এবং সম্মিলিত অ্যাকশন নিষ্পত্তিতে অংশগ্রহণের অধিকারী হতে হলে, আপনাকে অবশ্যই **30 আগস্ট, 2024** ("ক্লেইম বার তারিখ") এর আগে এই দাবি ফর্মটি নিম্নলিখিত সংস্থাকে মেইল, ফ্যাক্স বা ই-মেইল করতে হবে:

**Martom Solutions, LLC**
**P.O. Box 860020 Ridgewood, NY 11386-0020**
**টেলিফোন নং (917) 781-7746 | ফ্যাক্স নং. (844) 261-9013**
**ই-মেইল: info@martomsolutions.com**
<u>**RE: NYC HARLEM FOODS INC. CLASS ACTION**</u>

**আপনি যদি 30 অগাস্ট, 2024-এর মধ্যে একটি সঠিকভাবে ঠিকানা দিয়ে এবং সম্পূর্ণরূপে পূরণ করে দাবি ফর্মটি পোস্ট-মার্ক করে, ফ্যাক্স করে বা ইমেইল করে পাঠাতে ব্যর্থ হন, তাহলে আপনাকে অন্য কোনো ভাবে আদালত কর্তৃক অনুমোদিত না হলে, আপনাকে এই নিষ্পত্তিতে অংশগ্রহণ করা নিষিদ্ধ করা হবে।**

দাবি ফর্মের পাশাপাশি, অনুগ্রহ করে সংযুক্ত সাবস্টিটিউট W-9 ফর্মটিও স্বাক্ষর করে পূরণ করুন এবং সেই স্বাক্ষর করা এবং পূরণ করা ফর্মগুলি আপনার দাবি ফর্মের সাথে উপরোক্ত ঠিকানায় ক্লেইম বার তারিখে বা তার আগে মেইল, ফ্যাক্স বা ইমেইল করুন।

**দাবি ফর্ম এবং বিকল্প W-9 ফর্মে দেওয়া তথ্য কঠোরভাবে গোপনীয় এবং শুধুমাত্র আপনার নিষ্পত্তির চেক প্রস্তুত করতে ব্যবহার করা হবে।**

---

**এই দাবি ফর্মটি অবশ্যই আগস্ট 30, 2024 তারিখে বা তার আগে ফ্যাক্স, ইমেইল বা মেইল করা হবে এবং পোস্ট-মার্ক করা থাকতে হবে**

---

_____
(প্রথম, মধ্যবর্তী, অন্তিম)

_____
(রাস্তার ঠিকানা)

_____
(শহর)                    (স্টেট)              (Zip কোড)

_____
(জন্ম তারিখ)

_____
ইমেইল (পরিচ্ছন্নভাবে ছাপার মতো হরফে লিখুন)              (এরিয়া কোড) টেলিফোন নম্বর

_এই অনুরোধে স্বাক্ষর করার মাধ্যমে, আমি নিম্নলিখিতদের বিরুদ্ধে নিষ্পত্তি করার প্রক্রিয়ায় অংশগ্রহণ করতে সম্মতি দিচ্ছি NYC HARLEM FOODS INC, BRONX 163 FOODS INC., BRONX MARKET FOODS INC, NYC 143 FOODS INC, NYC 96 FOODS INC, NYC 89 FOODS INC, NYC PARK FOODS INC, NYC 125 FOODS INC., NYC 159 FOODS INC, NYC 155 FOODS INC,_

*SUNNYSIDE BK QSR INC, NYC 116 BK QSR INC, NYC 116 FOODS INC, NYC 121 FOODS INC, NYC 114 FOODS INC, BRONX PROSPECT FOODS INC., NYC 145 FOODS INC., NYC LENOX FOODS INC., NYC 178 FOODS INC., BRONX 138 FOODS INC., RV EASTCHESTER FOODS INC., NYC 148 FOODS INC., NYC LEXINGTON FOODS INC., NYC 161 FOODS INC., BRONX 170 FOODS INC., ANDHRA FOODS INC., SOMYA FOODS, INC., RVN FOODS, INC.,* এবং শ্রীনিবাস রাও তাম্মালাপেন্তা(*SRINIVASA RAO TUMMALAPENTA*) (সম্মিলিতভাবে"বিবাদী পক্ষ") তাদের কথিত ইউনিফর্ম রক্ষণাবেক্ষণ বেতন, ন্যূনতম মজুরি, ওভারটাইম এবং রেকর্ড বজায় রাখার নিয়ম ভঙ্গ করা সহ মজুরি না দেওয়ার জন্য। আমি এতদ্বারা বিবাদী পক্ষকে এবং প্রত্যেক বিবাদী পক্ষের অতীত, বর্তমান এবং ভবিষ্যৎ এর সাথে সম্পর্কিত করে ছাড় দিচ্ছি: পূর্বসূরি, উত্তরাধিকারী, উত্তরাধিকারী, নির্বাহক, ট্রাস্টি, প্রশাসক, নিযুক্ত ব্যক্তি, পিতামাতার সত্তা, সহায়ক সংস্থা, মালিক, উপকারী মালিক, সদস্য, বোর্ড সদস্য, শেয়ারহোল্ডার, স্টকহোল্ডার, বিনিয়োগকারী, অফিসার, ডাইরেক্টর, ম্যানেজার, কর্মচারী, এজেন্ট, পরামর্শদাতা, পঞ্চাবলম্বনকারী, পরামর্শদানকারী, প্রতিনিধি, এবং বিনিয়োগকারীদের ফেয়ার লেবার স্ট্যান্ডার্ডস অ্যাক্ট এর সেই সমস্ত মজুরি এবং ঘণ্টার দাবি থেকে এবং নিউ ইয়র্ক লেবার ল (এবং এর অধীনে করা প্রশাসনিক প্রবিধান) অনুসারে মজুরি না দেবার জন্য, ন্যূনতম মজুরি এবং ওভারটাইম সহ এবং মজুরির বিজ্ঞপ্তির শর্ত লঙ্ঘনের জন্য যার ফলে তাদের বিরুদ্ধে আইনি মামলা করা হয়েছে বা করা যেতে পারত (বিজ্ঞপ্তিতে যেমন সংজ্ঞায়িত হয়েছে) অথবা সেই একই তথ্য এবং পরিস্থিতির উপর ভিত্তি করে 15 ফেব্রুয়ারি, 2015 থেকে 29 মে, 2024 পর্যন্ত মামলায় দাবি করা হয়েছে। আমি আরও বুঝতে পারি যে এই ছাড় বা এই নিষ্পত্তিতে আমার অংশগ্রহণ কোনোভাবেই শ্রমিকদের ক্ষতিপূরণ আইনের অধীনে, বেকারত্বের ফলে সরবরাহ করা সুবিধার জন্য বা ব্যক্তিগত আঘাতের জন্য প্রাপ্ত শাস্তির জন্য আমার কাছে থাকা দাবিগুলিকে ছেড়ে দেওয়া বা পরিত্যাগ করা বোঝাবে না। আমি আরও বুঝি যে এই ছাড়টি কঠোরভাবে 15 ফেব্রুয়ারি, 2015 থেকে 29 মে, 2024 পর্যন্ত বিবাদী পক্ষের কাছে আমার কর্মসংস্থান থেকে এবং তার সাথে সম্পর্কিত দাবিগুলির মধ্যে সীমাবদ্ধ থাকবে।

স্বাক্ষর:_____

## IRS ফর্ম W-9 প্রতিস্থাপন করুন

আপনার সোশ্যাল সিকিউরিটি নম্বর লিখুন: ☐ ☐ ☐ - ☐ ☐ - ☐ ☐ ☐ ☐

**প্রত্যয়ন:** মিথ্যা প্রমাণ হলে শাস্তি পাবার শর্তাধীনে, আমি প্রত্যয়িত করছি যে:

1. এই ফর্মে দেখানো সোশ্যাল সিকিউরিটি নম্বরটি আমার সঠিক করদাতা শনাক্তকরণ নম্বর; এবং

2. আমার ক্ষেত্রে ব্যাকআপ উইথহোল্ড করা যাবে না কারণ: (a) আমি ব্যাকআপ উইথহোল্ডিং থেকে অব্যাহতি পেয়েছি, বা (b) আমাকে ইন্টারনাল রেভেনিউ সার্ভিস (IRS) এর থেকে অবহিত করা হয়নি যে আমি সমস্ত সুদ বা লভ্যাংশ রিপোর্ট করতে ব্যর্থতার ফলে আমার ক্ষেত্রে ব্যাকআপ উইথহোল্ড করা যাবে, বা (c) IRS আমাকে অবহিত করেছে যে আমার ক্ষেত্রে ব্যাকআপ উইথহোল্ড করা যাবে না; এবং

3. আমি একজন মার্কিন ব্যক্তি (মার্কিন যুক্তরাষ্ট্রের বিদেশী বাসিন্দা সহ)।

দ্রষ্টব্য: যদি আপনাকে IRS থেকে জানানো হয় যে আপনি ব্যাকআপ উইথহোল্ডিং এর আওতায় আছেন তাহলে আপনাকে অবশ্যই উপরের আইটেম 2 তে ক্রস চিহ্ন দিতে হবে।

_____          _____

স্বাক্ষর:                                      তারিখ:


ব্যাকআপ উইথহোল্ডিং এড়াতে এই ফর্ম W-9 সার্টিফিকেশন ব্যতীত এই নথির কোনো বিধানের জন্য IRS-এর আপনার সম্মতির প্রয়োজন নেই।

EXHIBIT 2

**Tom Kulak**

| From: | Md Anisur Rahman <anisshaon1996@gmail.com> |
|---|---|
| Sent: | Friday, July 05, 2024 4:01 PM |
| To: | Tom Kulak |
| Subject: | "I OPT OUT OF MEDINA V. HARLEM FOODS NYC SETTLEMENT." |

Hi,

I, Md. Anisur Rahman, hereby opt out of the Medina v. Harlem Foods NYC Settlement to avoid further questionnaires in federal and city jobs.
I wasn't aware of the questionnaire before, that's why I submitted the clain form. After discussing with relatives and others about this issue, they suggested me to opt out.
That's why I decided to opt out.

Name: Md Anisur Rahman
Address: 827 Barbey St,Brooklyn, NY 11207;
 Cell-phone number: 347-765-3719
Electronic signature (Full Name): MD ANISUR RAHMAN.

Thank You.



RECEIVED

JUL 5 _ 2024

Marto's Solutions, LLC
Settlement Administrator

# /

**From:** Md Anisur Rahman <anisshaon1996@gmail.com>
**Sent:** Monday, July 1, 2024 9:28 AM
**To:** Md Anisur Rahman <anisur.rahman1996@icloud.com>
**Cc:** Tom Kulak <info@martomsolutions.com>
**Subject:** Re: NYC Harlem Foods INC Class Action

Hi,
I am officially sorry to say, I withdraw my claim and request you to remove me from class action.

On Mon, July 1, 2024 at 9:12 AM Md Anisur Rahman <anisur.rahman1996@icloud.com> wrote:

Hi,
Claim forms and release is attached with this email .


Sent from my iPhone

**Tom Kulak**

---

**From:** Md Anisur Rahman <anisur.rahman1996@icloud.com>
**Sent:** Monday, July 1, 2024 9:12 AM
**To:** Tom Kulak <info@martomsolutions.com>
**Cc:** anisshaon1996@gmail.com
**Subject:** NYC Harlem Foods INC Class Action

Hi,
Claim forms and release is attached with this email .

Sent from my iPhone



RECEIVED

JUL 1 2024

Ma:
Set: LLC
ator

1

Date : 08-13-2024

JILPI DEB

1569 METROPOLITAN AVE

APT# 7I

BRONX, NY-10462

Dear Sir/ Madam,

I OPT OUT OF MEDINA V. HARLEM FOODS NYC SETTLEMENT.

Signature- *Jilpi Deb*    08-13-2024

PHONE NO. 646-806-6228

RECEIVED

AUG 2 3 2024

Mark_____ LLC
Settlement Administrator



Constance Baker Motley usa/forever

NEW YORK NY 100

13 AUG 2024 PM 6 L

To Maxtom Solutions, LLC
P.O. Box 860020 Ridgewood,
NY 11386-0020

‖‖11386=0020 ‖‖‖1

FROM, JILPI DEB
1569 Metropolitan Ave
7I; Bronx, NY-10462

RECEIVED

AUG 23 2024

M.
S
...........Administrator
...........LLC