UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MARISOL MEDINA, :
*individually and on behalf of all others* :
*similarly situated*, :
: 21-CV-1321 (VSB)
Plaintiff, :
: **ORDER**
- against - :
:
:
NYC HARLEM FOODS INC., *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     A fairness hearing is scheduled to take place in this matter on Friday, October 4, 2024 at 11:00 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.  (Doc.115.)  It is hereby ORDERED that the fairness hearing will instead take place telephonically.  The dial-in number for the conference line is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated:    October 1, 2024
               New York, New York

                                        Vernon S. Broderick
                                        United States District Judge