**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARISOL MEDINA, individually and on behalf of all others similarly situated,<br><br>                                                      Plaintiff,<br>                         v.<br><br>NYC HARLEM FOODS INC, BRONX 163 FOODS INC., BRONX MARKET FOODS INC, NYC 143 FOODS INC, NYC 96 FOODS INC, NYC 89 FOODS INC, NYC PARK FOODS INC, NYC 125 FOODS INC, NYC 159 FOODS INC, NYC 155 FOODS INC, SUNNYSIDE BK QSR INC, NYC 116 BK QSR INC, NYC 116 FOODS INC, NYC 121 FOODS INC, NYC 114 FOODS INC, BRONX PROSPECT FOODS INC., NYC 145 FOODS INC., NYC LENOX FOODS INC., NYC 178 FOODS INC., BRONX 138 FOODS INC., RV EASTCHESTER FOODS INC., NYC 148 FOODS INC., NYC LEXINGTON FOODS INC., NYC 161 FOODS INC., BRONX 170 FOODS INC., ANDHRA FOODS INC., SOMYA FOODS, INC., RVN FOODS INC., and SRINIVASA RAO TUMMALAPENTA, individually,<br><br>                                                      Defendants | 21-CV-1321 (VSB) |

## FINAL JUDGMENT

WHEREAS, on May 29, 2024, this Court granted preliminary approval to a settlement of this action, (Doc. 115), embodied in the Joint Settlement and Release (Doc. 110-1, the "Agreement"), and described the Rule 23 class that has been asserted in this case;

WHEREAS, on October 7, 2024, the Court entered its Final Approval Order, granting final approval to the settlement. (Doc. 125.) In the Final Approval Order, the Court found that the settlement is fair, reasonable, and adequate as to the Class Members (as defined in the Agreement);

WHEREAS, the Court has found that the Notices sent to Class Members (as defined in the Settlement Agreement) fairly and adequately informed them of the terms of the settlement,

1

was consistent with Federal Rule of Civil Procedure 23, 29 U.S.C. § 216(b), and due process, and was given in the manner prescribed by the Agreement and the Court's Preliminary Approval Order:

This Court hereby enters final judgment in this case, and dismisses it with prejudice in accordance with the terms of the Agreement and the Final Approval Order. As to all Class Members (as defined in the Agreement) who did not timely and properly opt out, Plaintiff Medina, all Participating Claimants (as defined in the Agreement), the Court dismisses the matter with prejudice, in accordance with the terms of the Agreement, the Final Approval Order, and the Preliminary Approval Order.

The Court hereby permanently enjoins and restrains all Class Members who did not timely and properly opt out, Plaintiff Medina, and all Participating Claimants, from asserting any and all claims that were released pursuant to the Agreement and the Final Approval Order.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, Plaintiff Medina, any Participating Claimants, Class Members who did not timely and properly opt out, and the Defendants for the purposes of supervising the implementation, enforcement, construction and interpretation of the Agreement, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment.

Dated: October 7, 2024
New York, New York

_____
HON. VERNON S. BRODERICK
United States District Judge